UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KADI ISATU JALLOH.<br><br>Defendant. | ) | Criminal Action No.<br>5:25-cr-144-KKC-MAS |

**ORDER**

Defendant Jalloh was not present at the initial appearance and arraignment scheduled for December 5, 2025. The Court was advised the previously issued summons was not served. Therefore, the Court ORDERS the Clerk of Court to **REISSUE** a summons directing the defendant to appear for an initial appearance and arraignment on **January 5, 2026, at 11:30 a.m.** in Lexington before the undersigned.

Entered this 5th day of December, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY