**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:25-CR-144-KKC-MAS**


 **UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**V.**            **ORDER FOR ISSUANCE OF ARREST WARRANT**


**KADI ISATU JALLOH**                                          **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of an arrest

warrant is GRANTED, and an arrest warrant is ISSUED for the Defendant, Kadi ISATU

JALLOH.

On this 12th day of December, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies:       United States Marshal
              United States Probation
              Kathryn M. Dieruf, Assistant United States Attorney